[Civil No. 1516.  Filed February 25, 1916.]

[155 Pac. 301.]

CONSOLIDATED SCHOOL DISTRICT NO. 19, OF GREENLEE COUNTY, STATE OF ARIZONA, a Corporation, Appellant, v. HYLDA C. ENGE, Appellee.

1. APPEAL AND ERROR—BOND—NECESSITY.—Where no appeal bond or *supersedeas* bond or affidavit in lieu thereof has been filed and approved in the lower court, the appeal will be dismissed.

2. APPEAL AND ERROR—DISMISSAL—LACK OF DILIGENCE.—Where judgment was entered July 1, 1915, and notice of appeal filed on the following day, but no further steps were taken to perfect the appeal, it will in February, 1916, be dismissed for lack of diligence.

APPEAL from a judgment of the Superior Court of the County of Greenlee.  F. B. Laine, Judge.  Motion to dismiss granted.

Mr. E. E. Wall, for Appellant.

Mr. L. Kearney, for Appellee.

PER CURIAM.—The certificate of the clerk of the superior court shows that on July 1, 1915, judgment was entered for appellee; that a motion for a new trial was overruled on June 28th; that the notice of appeal was filed on July 2d; and that no further steps to perfect the appeal were taken.

We think the motion to dismiss should be granted for two reasons:

First, because no appeal bond or *supersedeas* bond or affidavit in lieu thereof has been filed and approved in the lower court. *Town of Yuma* v. *Winn, ante,* p. 92, 148 Pac. 286.

Second, for lack of diligence in prosecuting the appeal.

Let the order go dismissing case, with costs to appellee.